

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00099-CV

**IN THE INTEREST OF K.N.B.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM502426
Honorable James Rausch, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order all costs of this appeal to be taxed against appellant.

SIGNED November 20, 2024.

_____
Luz Elena D. Chapa, Justice